# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS MOURATIDIS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-3832** |
| | : | |
| **KEISHA HUDSON,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of January, 2023, upon consideration of the Plaintiff Louis Mouratidis' Motion to Proceed *In Forma Pauperis* (ECF No. 3), Motion to Amend the Complaint (ECF No. 11), two Motions *In Limine* and to Suppress (ECF Nos. 6, 7), and his *pro se* Amended Complaint (ECF No. 11), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Motion to Amend the Complaint is **GRANTED** and the Amended Complaint is **DEEMED** filed.

3. The claims of Mouratidis under federal law are **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The supplemental state law claims of Mouratidis are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

5. The Motions *In Limine* and to Suppress of Mouratidis are **DENIED AS MOOT**.

6. The Clerk of Court shall **CLOSE** this case.

            **BY THE COURT:**

            **/s/ Harvey Bartle III**
            **HARVEY BARTLE III, J.**